# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

**BOTTA ANGELI, L.L.C.**
*Christopher C. Botta, Esq.*
50 South Franklin Turnpike
Ramsey, New Jersey 07446
(201) 818-6400

| | |
|---|---|
| JOSEPH FEHL,<br><br>　　　　　Plaintiff,<br>　　vs.<br><br>BOROUGH OF WALLINGTON, WITOLD BAGINSKI, in his individual and official capacity as Business Administrator of Wallington, SEAN KUDLACIK, BERGEN COUNTY PROSECUTOR'S OFFICE, JOHN and JANE DOE(s) 1-10 (fictitious person yet to be identified),<br><br>　　　　　Defendants. | Civil Action No.: 2:17-cv-11462-KSH-CLW<br><br>CIVIL ACTION<br><br>**SUBSTITUTION OF ATTORNEY** |

　　　The undersigned hereby consent to the withdrawal of PFUND MCDONNELL, P.C., as counsel for Defendant, WITOLD BAGINSKI, and the substitution of BOTTA ANGELI, L.L.C., as superseding counsel for Defendant, WITOLD BAGINSKI, in the above referenced action.

| | |
|---|---|
| **BOTTA ANGELI, L.L.C.**<br>Superseding Counsel | **PFUND MCDONNELL, P.C.**<br>Withdrawing Counsel |
| *Christopher C. Botta*<br>By_____<br>　Christopher C. Botta, Esq. | *Mary C. McDonnell*<br>By_____<br>　Mary C. McDonnell, Esq. |
| Dated: August 20, 2018 | Dated: August 20, 2018 |