# PFUND MCDONNELL, P.C.
## ATTORNEYS AT LAW

DAVID T. PFUND #

MARY C. MCDONNELL #

GERALD A. SHEPARD

_____

JESSE A. BENDER #

# ALSO MEMBER OF NEW YORK BAR

139 PROSPECT STREET
SECOND FLOOR
RIDGEWOOD, NEW JERSEY
07450

Tel: (201)857-5040
Fax: (201) 857-5041
www.pfundmcdonnell.com

MORRIS COUNTY OFFICE

2001 US Hwy 46
Suite 104
Parsippany, NJ 07054

NEW YORK OFFICE

170 Old Country Road
Suite 608
Mineola, NY 11501

January 29, 2021

*Via ECF*

The Honorable Cathy L. Waldor, U.S.M.J.
Martin Luther King Courthouse
50 Walnut Street
Room 4040, Courtroom 4C
Newark, New Jersey 07101

      Re:    Fehl v. Borough of Wallington et al.
               Civ. Action. No.: 2:17-cv-11462 (KSH-CLW)
               Our File No. 024-4788

Dear Judge Waldor:

      Please be advised that this office represents Defendants Borough of Wallington and Sean Kudlacik in the above referenced matter. This office filed a Motion for Summary Judgment on December 17, 2020 (ECF 45). Codefendant Baginski also filed a Motion for Summary Judgment on the same day (ECF 44). These motions were filed in accordance with the Court's Text Order (ECF 43), which further advised that no judicial extensions would be permitted. The return date of the Motion was set for January 19, 2021.

      On January 4, 2021, plaintiff's counsel submitted a request for an extension of time to file opposition to the two Summary Judgment Motions. This request was denied by the Court (ECF 47).

      On January 28, 2021, nine days after the return date of the Motion, Plaintiff served opposition to the Borough Defendants' Motion.

      Please accept this correspondence in accordance with correspondence submitted by Codefendant Baginski (ECF 52), seeking guidance as to whether the late opposition will be considered by the Court, or if the Motions will be deemed unopposed. If the Court is inclined to consider Plaintiff's opposition, Defendants respectfully request sufficient time to file a reply.

Fehl v. Borough of Wallington, et al.
Page | 2

    Thank you for your consideration and attention to the above.

                              Respectfully submitted,

                              MARY C. MCDONNELL, ESQ.

MCM/mm
cc:    Jason Rindosh, Esq. (via ECF only)
        Christopher Botta, Esq. (via ECF only)